UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| VALENCIA BROOKS,<br><br>               Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA,<br><br>               Defendant. | Case No.  C05-5051RJB<br><br>ORDER EXTENDING DATE FOR COMPLETION OF DISCOVERY |

      Pursuant to the stipulation of the parties (Dkt. 17), it is hereby **ORDERED** that the date for completion of discovery as set forth in the Amended Minute Order Setting Trial, Pretrial Dates and Ordering Mediation (Dkt. 14) is extended from October 30, 2005, to November 28, 2005. The other pretrial deadlines set forth in the Amended Minute Order (Dkt. 14) remain unchanged.

      The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any party appearing *pro se* at said party's last known address.

      DATED this 13th day of October, 2005.

*Robert J. Bryan*
Robert J. Bryan
U.S. District Judge

ORDER
Page - 1